860

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. George W. BATTERMAN, Jr. & George Batterman, Sr., d/b/a Batterman's Sand & Gravel Co.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. Joe EARHART.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation. Bankrupt, v. E. T. PYBUS.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. WENATCHEE LUMBER CO., a corporation.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. WELLS & WADE, Inc., a corporation.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. INTERSTATE TELEPHONE CO., a corporation.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. W. R. McMULLEN and B. F. McMullen, d/b/a McMullen Office Equipment Co.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. PESHASTIN LUMBER & BOX CO.

Adolph W. ENGSTROM, Trustee for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. F. W. HEIMBIGNER.

Adolph W. ENGSTROM, Trustee in Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. Rufus WOODS.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. J. A. WEBER.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. W. N. CHILDS.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. R. M. WILEY.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. Elmer SCHNEIDMILLER.

Adolph W. ENGSTROM, Trustee In Bankruptcy for Northwest Chemurgy Cooperative, a corporation, Bankrupt, v. Arthur BENZEL.

United States District Court
E. D. Washington, N. D.

Nos. 725, 727–729, 731, 733–738, 740, 742, 744, 745.

Jan. 5, 1949.

Eggerman, Rosling & Williams, of Seattle, Wash., for plaintiff.

Hughes & Jeffers and Sam R. Sumner, all of Wenatchee, Wash., and Graves, Kizer & Graves, Thomas Malott, and E. A. Cornelius, all of Spokane, Wash., for all defendants.

DRIVER, Chief Judge.

The motion to dismiss will be denied for the reasons stated in Engstrom v. DeVos, 81 F.Supp. 854.